Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
## for the
## District of Massachusetts

FILED IN CLERK'S OFFICE
2023 JUN -6 AM 11: 43
U.S. DISTRICT COURT
DISTRICT OF MASS.

THOMAS A. MOURIER

Case No. _____
(to be filled in by the Clerk's Office)

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Jury Trial: *(check one)* ☑ Yes ☐ No

-v-

MASSACHUSETTS SECURITIES DIVISION and MASSACHUSETTS OFFICE OF CONSUMER AFFAIRS AND BUSINESS REGULATION

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Thomas A. Mourier |
| Street Address | 3 Indian Hill Road |
| City and County | Winchester, Middlesex County |
| State and Zip Code | Massachusetts, 01890 |
| Telephone Number | +1 (781) 602-0385 |
| E-mail Address | thomas.mourier@yahoo.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

Defendant No. 1

    Name: Massachusetts Securities Division

    Job or Title *(if known)*:

    Street Address: 1 Ashburton Pl #17

    City and County: Boston, Suffolk County

    State and Zip Code: Massachusetts, 02108

    Telephone Number: +1 (617) 727-3548

    E-mail Address *(if known)*:

Defendant No. 2

    Name: Massachusetts Office of Consumer Affairs and Business Regulation

    Job or Title *(if known)*:

    Street Address: 501 Boylston St #5100

    City and County: Boston, Suffolk County

    State and Zip Code: Massachusetts, 02116

    Telephone Number: +1 (617) 973-8787

    E-mail Address *(if known)*:

Defendant No. 3

    Name:

    Job or Title *(if known)*:

    Street Address:

    City and County:

    State and Zip Code:

    Telephone Number:

    E-mail Address *(if known)*:

Defendant No. 4

    Name:

    Job or Title *(if known)*:

    Street Address:

    City and County:

    State and Zip Code:

    Telephone Number:

    E-mail Address *(if known)*:

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question        [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
1. First Amendment: A government agency violates the First Amendment if it imposes content-based restrictions on funding portals and what campaigns they may run online.
2. The Securities Act of 1933: The federal government originally regulated security exchanges, therefore federal law supersedes and invalidates state regulation in addition to it. This impedes interstate commerce since the federal cap for crowdfunding campaigns is $5 million per calendar year but in Massachusetts it is $1-2 million per year.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1. Plaintiff, Thomas A. Mourier, brings this action against the Defendant(s) to challenge the constitutionality and enforceability of the state regulations on crowdfunding campaigns imposed by the Massachusetts Securities Division (or any relevant regulatory agency) (hereinafter referred to as "the Regulations").
2. Plaintiff seeks declaratory relief and injunctive relief to protect their constitutional rights and to prevent further harm resulting from the implementation and enforcement of the Regulations.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1.Declaratory Relief: The plaintiff requests the court to declare the regulations imposed by the Defendant(s) unconstitutional and unenforceable, thus affirming the plaintiff's rights to engage in crowdfunding campaigns without the burden of content-based restrictions.

2.Injunctive Relief: The plaintiff seeks an injunction to prevent the Defendant(s) from implementing or enforcing the Regulations, thereby preserving the plaintiff's and SeedFunder's rights to engage in crowdfunding activities without undue restrictions.

3.Compensatory Damages: The plaintiff claims actual damages suffered as a result of the Defendant(s)'s actions. The specific amount of actual damages is yet to be determined and will be supported by evidence and calculations presented during the proceedings.

4.Punitive or Exemplary Damages: The plaintiff may also seek punitive or exemplary damages, depending on the nature of the Defendant(s)'s conduct. The specific amount of punitive or exemplary damages is yet to be determined and will be supported by evidence and legal arguments presented during the proceedings.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 05/27/2023

Signature of Plaintiff

Printed Name of Plaintiff    Thomas A. Mourier

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address