# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | |
|---|---|
| THOMAS A. MOURIER | ) Case No. _____ |
| | ) *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | ) |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) Jury Trial: *(check one)* ☑ Yes ☐ No |
| -v- | ) |
| MASSACHUSETTS SECURITIES DIVISION and MASSACHUSETTS OFFICE OF CONSUMER AFFAIRS AND BUSINESS REGULATION | ) |
| *Defendant(s)* | ) |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) |

## MOTION FOR APPOINTMENT OF COUNSEL

Thomas A. Mourier
3 Indian Hill Road
Winchester, Massachusetts, 01890
thomas.mourier@yahoo.com
+1 (781) 602-0385

United States District Court for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210
617-748-9152

Re: Motion for Appointment of Counsel

Case Name: Thomas A. Mourier v. Massachusetts Securities Division
Case Number:

TO THE HONORABLE PRESIDING JUDGE:

I, Thomas A. Mourier, the plaintiff in the above-mentioned case, respectfully request the appointment of counsel to represent me in this matter. I am filing this motion alongside my initial complaint and providing the court with my financial status, attempts to find legal representation, and relevant information for your consideration in determining whether the appointment of counsel is appropriate in my case.

Financial Status:
As a full-time student, I do not have a steady source of income at this time. I rely on financial aid and assistance from my parents to cover my educational expenses. The costs associated with hiring a private attorney are beyond my financial means, and I am unable to meet the financial obligations that come with legal representation.

Attempts to Find Legal Representation:
I have made diligent efforts to secure legal representation on my own, reaching out to various law firms and legal aid organizations. Unfortunately, due to my limited financial resources and the complexity of my case, I have been unable to find pro bono or affordable legal representation.

Need for Appointment of Counsel:
The purpose of this motion is to demonstrate the need for the appointment of counsel in the above-captioned matter. As an individual who is not currently employed and facing the complexities of legal proceedings, I require the assistance of appointed counsel to ensure a fair and just resolution of my case.

Equal Access to Justice:
Appointing counsel for indigent individuals is crucial to uphold the principles of equal access to justice. The court plays a vital role in ensuring that those who are unable to afford legal representation are not disadvantaged in legal proceedings. By appointing counsel, the court will help level the playing field and ensure that my rights are vigorously advocated for throughout the litigation process.

Conclusion:
Based on the foregoing, I respectfully request the appointment of counsel to represent me in this matter. The appointment of counsel is necessary to safeguard my rights, ensure a fair and impartial proceeding, and enable me to effectively navigate the legal process. I trust that the court will consider the merits of this motion and grant the request for appointed counsel.

In light of the above circumstances, I respectfully request that the court appoint counsel to represent me in this case. I believe that having legal representation will help ensure a fair and just resolution of the matter and safeguard my rights throughout the proceedings.

Thank you for considering my motion. I kindly request that you review this request at your earliest convenience and provide me with a prompt decision. I remain available to provide any further information or documentation required to support my motion.

Sincerely,

Thomas Mourier

_____