Thomas A. Mourier
3 Indian Hill Road
Winchester, Massachusetts, 01890
thomas.mourier@yahoo.com
+1 (781) 602-0385
06/05/2023

FILED
IN CLERKS OFFICE

2023 JUN -7 AM 11: 40

U.S. DISTRICT COURT
DISTRICT OF MASS.

Clerk of Court
The Clerk of the United States District Court for the District of Massachusetts
United States District Court for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Re: Motion for E-File Access

Dear Clerk of Court,

I, Thomas A. Mourier, am a party in the case of Thomas A. Mourier v. Massachusetts Securities Division pending before the United States District Court for the District of Massachusetts. I am writing to respectfully request access to the court's electronic filing system (E-File) to electronically submit documents in this case. I believe that utilizing the E-File system will streamline the filing process and promote efficient communication between the court and the parties involved.

Grounds for the Motion:

1. Efficiency and Convenience: E-File access will enable me to electronically file documents, eliminating the need for physical delivery or mailing. This will save time, reduce costs associated with paper copies and postage, and ensure immediate receipt and acknowledgment of filings.

2. Accessibility: E-File access will allow me to file documents remotely from any location with internet access. This is especially beneficial when physical presence at the court may not be feasible or practical.

3. Timeliness: E-Filing will ensure the timely submission of documents, reducing the risk of missed deadlines and potential delays in the proceedings. It will also provide an efficient means of receiving court orders, notifications, and correspondence promptly.

4. Environmental Considerations: Utilizing the E-File system aligns with the court's efforts to promote sustainability and reduce the use of paper resources, contributing to environmental conservation.

5. Compliance: I understand that E-File access is subject to compliance with the court's rules, guidelines, and any applicable procedures. I assure you that I will strictly adhere to these requirements and take all necessary steps to maintain the integrity and security of the system.

I kindly request that the court grant me access to the E-File system for the above-mentioned case. I am prepared to fulfill any registration process, complete any required training, or provide any additional information necessary to facilitate the setup of my E-File account.

Thank you for considering this motion. Granting E-File access will enhance the efficiency and effectiveness of the filing process, benefiting all parties involved. I appreciate your attention to this matter and look forward to a favorable response.

Should you require any further information or documentation, please do not hesitate to contact me at the provided contact details. I remain available to assist in any way possible.

Sincerely,

Thomas A. Mourier