# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| THOMAS A. MOURIER | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:23-cv-11280 |
| | ) |
| *Defendant* | ) |
| WILLIAM F. GALVIN, SECRETARY OF THE COMMONWEALTH, in his official capacity, et al. | |

**APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS**
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name.  I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.*  If I am employed, my employer's name and address are:

My gross pay or wages are: $ _____, and my take-home pay or wages are: $ _____ per
*(specify pay period)* _____.

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ❏ Yes | ✓No |
| (b) Rent payments, interest, or dividends | ❏ Yes | ✓No |
| (c) Pension, annuity, or life insurance payments | ❏ Yes | ✓No |
| (d) Disability, or worker's compensation payments | ❏ Yes | ✓No |
| (e) Gifts, or inheritances | ✓Yes | ❏ No |
| (f) Any other sources | ❏ Yes | ✓No |

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

I have received from my parents gifts totaling approximately $500 over the past 12 months. Additionally, my parents provide me with the necessities of life such as shelter and food since I live with them in the same house but this does not involve monetary transactions. I cannot reasonably predict future gifts as that would be speculation but I expect to be provided the necessities of life and educational assistance which would be sent to my university directly without passing through me.

4. Amount of money that I have in cash or in a checking or savings account:  $ 128.52 .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

Property: 2010 Ford vehicle (registered under another individual's name)
Approximate Value: $10,831 (trade-in value)
Description: I am the owner of a 2010 Ford vehicle, which is registered under another individual's name. The approximate trade-in value of the vehicle is $10,831. I do not have full legal ownership of the vehicle, but I am in possession and responsible for its use and maintenance.

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

Monthly Gasoline Expenses: $264.08
Description: I incur monthly expenses for gasoline based on my average mileage and the current gas prices. I drive approximately 1123 miles per month and my vehicle's fuel efficiency is 14.6 miles per gallon. Considering the current gas price of $3.582 per gallon, my estimated monthly expenses for gasoline amount to $264.08.

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

None

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

Student Debt: Approximately $40,000 per year
Description: My cost of attendance for Northeastern University is around $40,000 per year until I graduate (most likely in May 2027). This amount is billed to my parents, not me, but I would be forced to take it up if my parents were to stop assisting me with payments.

*Declaration:*  I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 8/22/2023                                                          /s/ Thomas Mourier
                                                                                        *Applicant's signature*

                                                                            Thomas Mourier
                                                                                        *Printed name*