UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| THOMAS A. MOURIER,<br>        Plaintiff,<br><br>v.<br><br>WILLIAM F. GALVIN, et al.,<br>        Defendants. | **CIVIL ACTION**<br>**No. 23-11280-IT** |

ORDER

1. Plaintiff's renewed Application to Proceed in District Court Without Prepaying Fees or Costs [Doc. No. 8] is GRANTED.

2. The Clerk shall issue a summons for each Defendant. Plaintiff is responsible for ensuring that the summons, Plaintiff's Amended Complaint [Doc. No. 7], and this order are served on Defendants in accordance with Rule 4 of the Federal Rules of Civil Procedure.

3. Because Plaintiff is proceeding *in forma pauperis*, he may elect to have service completed by the United States Marshals Service ("USMS"). If Plaintiff chooses to have service completed by the USMS, he shall provide the agency with a copy of this order, all papers for service, and a completed USM-285 form for each party to be served. The USMS shall complete service as directed by Plaintiff with all costs of service to be advanced by the United States.

4. Plaintiff shall have 90 days from the date of the issuance of the summons to complete service. Failure to complete service in a timely fashion may result in dismissal of this action without prior notice to Plaintiff. *See* Fed. R. Civ. P. 4(m); Local Rule 4.1 (D. Mass.).

**So ordered.**

August 23, 2023                           /s/ Indira Talwani
                                          UNITED STATES DISTRICT JUDGE