**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Thomas A. Mourier | 23-11280-IT |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| William F. Galvin | Summons |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
William F. Galvin

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
One Ashburton Place, Boston, MA 02108

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Thomas A. Mourier
3 Indian Hill Road
Winchester, MA 01890

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Alternative Address:
220 Morrissey Blvd.
Boston, MA 02125
1-800-392-6090

Signature of Attorney other Originator requesting service on behalf of:   [X] PLAINTIFF   [ ] DEFENDANT

/s/ Thomas Mourier

TELEPHONE NUMBER: 1-781-602-0385
DATE: 8/24/2023

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)

Total Process: 3
District of Origin No.: 30
District to Serve No.: 38
Signature of Authorized USMS Deputy or Clerk: [signature]
Date: 8/30/23

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
Marissa Soto-Ortiz, Director Corporations Division + Legal Counsel

Date: 
Time: 2:30 pm

Address (complete only different than shown above):

Signature of U.S. Marshal or Deputy:

REMARKS:

U.S. MARSHALS SERVICE
BOSTON, MA
2023 AUG 30 PM 2:06

FILED IN CLERK'S OFFICE
SEP 21 PM 2:40

Costs shown on *attached USMS Cost Sheet* >>

Form USM-285
Rev. 03/21