U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Thomas A. Mourier | 23-11280-IT |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Massachusetts Office of Consumer Affairs and Business Regulation | Summons |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Massachusetts Office of Consumer Affairs and Business Regulation
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
501 Boylston St #5100, Boston, MA 02116

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Thomas A. Mourier
3 Indian Hill Road
Winchester, MA 01890

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 3
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):
Alternative address:
1000 Washington Street, Suite 710, Boston, MA 02118
(617) 973-8787
(888) 283-3757
9:00 a.m. - 4:30 p.m.

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT
/s/ Thomas Mourier
TELEPHONE NUMBER: 1-781-602-0385
DATE: 8/24/2023

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 3
District of Origin No.: 38
District to Serve No.: 38
Signature of Authorized USMS Deputy or Clerk
Date: 8/30/23

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
Katrina Gaddis, Director of Communications
Date: 9/21/23
Time: 1:54 pm [X] pm

Address (complete only different than shown above):
1 DUSM 1 hour

Signature of U.S. Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

REMARKS

U.S. MARSHALS SERVICE
BOSTON, MA
2023 AUG 30 PM 2:06

2023 SEP 26 AM 10:43
FILED IN CLERKS OFFICE

Form USM-285
Rev. 03/21