UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS A. MOURIER,<br><br>                Plaintiff,<br><br>      v.<br><br>WILLIAM F. GALVIN, SECRETARY OF THE COMMONWEALTH, in his official capacity; MASSACHUSETTS SECURITIES DIVISION; and MASSACHUSETTS OFFICE OF CONSUMER AFFAIRS AND BUSINESS REGULATION,<br><br>                Defendants. | CIVIL ACTION<br>No. 23-CV-11280-IT |

## NOTICE OF APPEARANCE

Please enter on the docket my appearance as counsel for defendants William F. Galvin, Secretary of the Commonwealth of Massachusetts; the Massachusetts Securities Division; and the Massachusetts Office of Consumer Affairs and Business Regulation.

Respectfully submitted,

ANDREA JOY CAMPBELL
ATTORNEY GENERAL

 /s/ ARJUN K. JAIKUMAR
Arjun K. Jaikumar, BBO# 691311
Assistant Attorney General
Government Bureau
Office of the Attorney General
One Ashburton Place
Boston, MA 02108-1698
(617) 963-2856
(617) 727-5785 (Facsimile)
arjun.k.jaikumar@mass.gov

October 10, 2023

**CERTIFICATE OF SERVICE**

      I certify that, on October 10, 2023, this document was filed through the Electronic Case Filing (ECF) system and thus copies of this document will be sent electronically to the registered participants identified on the Notice of Electronic Filing (NEF). I further certify that on October 10, 2023, I caused a copy of this document to be delivered on the following via electronic mail.

Thomas A. Mourier
3 Indian Hill Road
Winchester, MA 01890
thomas.mourier@yahoo.com

      /s/ Arjun K. Jaikumar
      Arjun K. Jaikumar
      Assistant Attorney General