UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS A. MOURIER,<br><br>            Plaintiff,<br><br>            v.<br><br>WILLIAM F. GALVIN, SECRETARY OF THE COMMONWEALTH, in his official capacity; MASSACHUSETTS SECURITIES DIVISION; and MASSACHUSETTS OFFICE OF CONSUMER AFFAIRS AND BUSINESS REGULATION,<br><br>            Defendants. | CIVIL ACTION<br>No. 23-CV-11280-IT |

### UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSIVE PLEADINGS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 6(b)

Pursuant to Federal Rule of Civil Procedure 6(b), defendants William F. Galvin, Secretary of the Commonwealth of Massachusetts, in his official capacity; the Massachusetts Securities Division; and the Massachusetts Office of Consumer Affairs and Business Regulation, a division of the Massachusetts Executive Office of Economic Development, hereby request an enlargement of time until November 10, 2023 to respond to Plaintiff's Amended Complaint.

As grounds for the motion, Defendants state as follows:

1. Defendants were served with the Amended Complaint on September 18, 2023.

2. The Amended Complaint raises complex issues of state and federal law which will require significant time for Defendants' counsel to ensure a full and proper vetting and to address in a responsive pleading or motion to dismiss.

3. Counsel for Defendants conferred with Plaintiff, who is proceeding *pro se* in this matter, on October 6, 2023 regarding the filing of this motion and possible resolution of this matter.

4. Plaintiff does not oppose Defendants' request for an extension of time. In the event that Defendants move to dismiss this action, Defendants do not oppose a commensurate extension of time for Plaintiff to file an Opposition to that motion.

5. There will therefore be no prejudice to any party if the requested relief is granted.

For the foregoing reasons, Defendants respectfully request that this Court allow this Motion for Enlargement of Time to file its responsive pleading, and enlarge the deadline through and including **November 10, 2023**.

                Respectfully submitted,

                ANDREA JOY CAMPBELL
                ATTORNEY GENERAL

                /s/ ARJUN K. JAIKUMAR
                Arjun K. Jaikumar, BBO# 691311
                Assistant Attorney General
                Government Bureau
                Office of the Attorney General
                One Ashburton Place
                Boston, MA 02108-1698
                (617) 963-2856
                (617) 727-5785 (Facsimile)
                arjun.k.jaikumar@mass.gov

                October 10, 2023

**CERTIFICATE OF SERVICE**

      I certify that, on October 10, 2023, this document was filed through the Electronic Case Filing (ECF) system and thus copies of this document will be sent electronically to the registered participants identified on the Notice of Electronic Filing (NEF).  I further certify that on October 10, 2023, I caused a copy of this document to be delivered on the following via electronic mail.

Thomas A. Mourier
3 Indian Hill Road
Winchester, MA 01890
thomas.mourier@yahoo.com

                                        /s/ Arjun K. Jaikumar
                                        Arjun K. Jaikumar
                                        Assistant Attorney General