UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS A. MOURIER,<br><br>    Plaintiff,<br><br>    v.<br><br>WILLIAM F. GALVIN, SECRETARY OF THE COMMONWEALTH, in his official capacity; MASSACHUSETTS SECURITIES DIVISION; and MASSACHUSETTS OFFICE OF CONSUMER AFFAIRS AND BUSINESS REGULATION,<br><br>    Defendants. | CIVIL ACTION<br>No. 23-CV-11280-IT<br><br>**ORAL ARGUMENT REQUESTED** |

### DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT-MATTER JURISDICTION AND FOR FAILURE TO STATE A CLAIM

Pursuant to Federal Rules of Civil Procedure 12(b)(6) and 12(b)(1), defendants William F. Galvin, Secretary of the Commonwealth of Massachusetts, the Massachusetts Securities Division, and the Massachusetts Office of Consumer Affairs and Business Regulation, respectfully request that this Court dismiss all the claims of Plaintiff Thomas Mourier's Complaint (ECF #1) ("Compl.").

As grounds to dismiss pursuant to Rule 12(b)(1), the defendants state that Plaintiff lacks standing to pursue all eight Counts of his Complaint, all of which challenge the Massachusetts Crowdfunding Exemption, 950 C.M.R. § 14.402(B)(13)(o).  He is not among the class of persons eligible for or regulated by that Exemption; he is not a business entity, nor incorporated in the Commonwealth of Massachusetts, nor an issuer of securities, nor engaged in purely intrastate offerings of securities.  *Id.*  Defendants further state that Counts Seven and Eight of Plaintiff's Complaint (Compl. ¶¶ 102-108, 109-115) are barred by sovereign immunity pursuant to the

Eleventh Amendment to the United States Constitution. As further grounds for this Motion, the defendants rely on their accompanying Memorandum in Support of this Motion.

As grounds to dismiss pursuant to Rule 12(b)(6), the defendants state that all counts of Plaintiff's Complaint (Compl. ¶¶ 50-115) fail to state a claim upon which relief may be granted, for the reasons set forth in Defendants' accompanying Memorandum in support of this Motion.

### REQUEST FOR ORAL ARGUMENT

The defendants believe that oral argument will assist the court and wish to be heard. Accordingly, pursuant to LR 7.1(d), they respectfully request an argument at which they may address this Motion to Dismiss.

Respectfully submitted,

ANDREA JOY CAMPBELL
ATTORNEY GENERAL

/s/ ARJUN K. JAIKUMAR
Arjun K. Jaikumar, BBO# 691311
Assistant Attorney General
Government Bureau
Office of the Attorney General
One Ashburton Place
Boston, MA 02108-1698
(617) 963-2856
(617) 727-5785 (Facsimile)
arjun.k.jaikumar@mass.gov

November 10, 2023

### CERTIFICATE OF SERVICE

I certify that, on November 10, 2023, this document was filed through the Electronic Case Filing (ECF) system and thus copies of this document will be sent electronically to the registered participants identified on the Notice of Electronic Filing (NEF). I further certify that

on November 10, 2023, I caused a copy of this document to be delivered on the following via electronic mail.

    Thomas A. Mourier
    3 Indian Hill Road
    Winchester, MA 01890
    thomas.mourier@yahoo.com

/s/ Arjun K. Jaikumar
Arjun K. Jaikumar
Assistant Attorney General

### CERTIFICATE OF CONFERENCE PURSUANT TO LOCAL RULE 7.1(a)(2)

Pursuant to LR 7.1(a)(2), I certify that I have conferred with the plaintiff, who is representing himself *pro se* in this matter, regarding the relief requested by this motion. I further certify that the parties engaged in good-faith efforts to narrow or resolve the issues presented by this motion but were unsuccessful.

/s/ Arjun K. Jaikumar
Arjun K. Jaikumar
Assistant Attorney General