UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS A. MOURIER, *Plaintiff,* v. WILLIAM F. GALVIN, SECRETARY OF THE COMMONWEALTH, in his official capacity, MASSACHUSETTS SECURITIES DIVISION, AND MASSACHUSETTS OFFICE OF CONSUMER AFFAIRS AND BUSINESS REGULATION, *Defendants.* | Civil Action No. 1:23-cv-11280-IT |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MEMORANDUM IN OPPOSITION TO <u>DEFENDANTS' MOTION TO DISMISS</u>**

Pursuant to Fed. R. Civ. P. 6(b)(1)(A) and this Court's Standing Order, Plaintiff Thomas A. Mourier respectfully requests a five-week and four-day extension of time in which to respond to Defendants' Motion to Dismiss Plaintiff's Amended Complaint. Plaintiff states that good cause for such an extension exists:

1. On November 10, 2023, Defendants filed a Motion to Dismiss Plaintiff's Amended Complaint ("Motion to Dismiss") (Doc. No. 18), which seeks to dismiss eight of the eight claims against them with supporting memoranda.

2. Plaintiff's responsive memorandum to the Motion to Dismiss is currently due to be filed by November 24, 2023.

3. Plaintiff seeks an additional five weeks and four days - moving the existing deadline to January 2, 2024 - to prepare a responsive memorandum to the Motion to Dismiss due to the complex issues of state and federal law within it.

4. Plaintiff seeks such a large extension due to the approaching Holidays towards the end of this year that conflict with his schedule.

5. Plaintiff has conferred with Defendants' attorneys who have advised they do not oppose this Motion. Plaintiff does not oppose a commensurate extension of time for Defendants to file a Reply to that responsive memorandum.

6. Plaintiff has not previously requested an extension in this case.

WHEREFORE, Plaintiff respectfully requests that the Court grant a five-week and four-day extension and adjust the deadline for Plaintiff to submit his responsive memorandum to Defendants' Motion to Dismiss Plaintiff's Amended Complaint by January 2, 2024.

**Dated: 11/20/2023**

**Respectfully submitted,**

**THOMAS A. MOURIER**

**By: /s/ Thomas A. Mourier**
**Thomas A. Mourier**
**3 Indian Hill Road**
**Winchester, Massachusetts 01890**
**(781) 602-0385**
**thomas.mourier@yahoo.com**

## **CERTIFICATION PURSUANT TO L.R. 7.1(a)(2)**

I, Thomas A. Mourier, hereby certify that I conferred in good faith with Counsel for Defendants William F. Galvin, Massachusetts Securities Division, and Massachusetts Office of Consumer Affairs and Business Regulation in an effort to resolve or narrow the issues presented in this motion. Counsel for Defendants do not oppose this motion.

Dated: 11/20/2023

/s/ Thomas A. Mourier
Thomas A. Mourier

**CERTIFICATION OF SERVICE**

I hereby certify that on 11/20/2023, this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and electronic copies have been sent to all participants.

Dated: 11/20/2023

/s/ Thomas A. Mourier
Thomas A. Mourier