UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

THOMAS A. MOURIER,

Plaintiff,

v.

WILLIAM F. GALVIN, SECRETARY OF THE
COMMONWEALTH, in his official capacity;
MASSACHUSETTS SECURITIES DIVISION; and
MASSACHUSETTS OFFICE OF CONSUMER
AFFAIRS AND BUSINESS REGULATION,

Defendants.

CIVIL ACTION
No. 23-CV-11280-IT

---

## DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE REPLY BRIEF AND FOR ENLARGEMENT OF TIME TO FILE REPLY

Pursuant to Local Rule 7.1(b)(3), defendants William F. Galvin, Secretary of the Commonwealth of Massachusetts, in his official capacity; the Massachusetts Securities Division; and the Massachusetts Office of Consumer Affairs and Business Regulation, a division of the Massachusetts Executive Office of Economic Development, hereby request leave to file a reply brief in response to Plaintiff's Opposition to Defendants' Motion to Dismiss the Amended Complaint, Doc. 7.

As grounds for the motion, Defendants state as follows:

1. Defendants filed their Motion to Dismiss the Amended Complaint, Doc. 18, and memorandum in support, Doc. 19, on November 10, 2023.

2. Defendants assented to an enlargement of time until January 2, 2024 for the filing of Plaintiff's Opposition to that motion, which Plaintiff sought and which this Court granted on November 21, 2023.

3.  Plaintiff's Opposition raises several new factual and legal arguments beyond those included in the Amended Complaint.

4.  Defendants respectfully submit that a short reply brief would assist the Court in its analysis of these issues and in ruling on Defendants' Motion, and therefore respectfully request leave of Court to file a reply brief of no more than 10 pages, to be submitted no later than **Tuesday, January 23, 2024.**

5.  Counsel for Defendants conferred with Plaintiff, who is proceeding *pro se* in this matter, on January 2, 2024 regarding the filing of this motion and the relief requested.

6.  Plaintiff does not oppose the filing of a reply brief nor the proposed deadline for filing.

7.  There will therefore be no prejudice to any party if the requested relief is granted.

For the foregoing reasons, Defendants respectfully request that this Court grant leave for the filing of a reply brief in support of Defendants' Motion to Dismiss the Amended Complaint, of 10 pages or fewer, and to be filed by January 23, 2024.


                                    Respectfully submitted,

                                    ANDREA JOY CAMPBELL
                                    ATTORNEY GENERAL

                                     /s/ ARJUN K. JAIKUMAR
                                    Arjun K. Jaikumar, BBO# 691311
                                    Assistant Attorney General
                                    Government Bureau
                                    Office of the Attorney General
                                    One Ashburton Place
                                    Boston, MA 02108-1698
                                    (617) 963-2856

2

(617) 727-5785 (Facsimile)
arjun.k.jaikumar@mass.gov

January 2, 2024

## <u>CERTIFICATE OF SERVICE</u>

I certify that, on January 2, 2024, this document was filed through the Electronic Case Filing (ECF) system and thus copies of this document will be sent electronically to the registered participants identified on the Notice of Electronic Filing (NEF).  I further certify that on January 2, 2024, I caused a copy of this document to be delivered on the following via electronic mail.

Thomas A. Mourier
3 Indian Hill Road
Winchester, MA 01890
thomas.mourier@yahoo.com

/s/ Arjun K. Jaikumar
Arjun K. Jaikumar
Assistant Attorney General

## <u>CERTIFICATE OF CONFERENCE PURSUANT TO LOCAL RULE 7.1(a)(2)</u>

Pursuant to LR 7.1(a)(2), I certify that I have conferred with the plaintiff, who is representing himself *pro se* in this matter, regarding the relief requested by this motion, and that the plaintiff does not object to the filing of this motion nor to the relief requested.

/s/ Arjun K. Jaikumar
Arjun K. Jaikumar
Assistant Attorney General