UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| THOMAS A. MOURIER, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 1:23-cv-11280-IT |
| | * | |
| WILLIAM F. GALVIN, Secretary of the | * | |
| Commonwealth, in his official capacity, | * | |
| MASSACHUSETTS SECURITY | * | |
| DIVISION, and MASSACHUSETTS | * | |
| OFFICE OF CONSUMER AFFAIRS AND | * | |
| BUSINESS REGULATION, | * | |
| | * | |
| Defendants. | * | |

ORDER OF DISMISSAL
August 2, 2024

TALWANI, D.J.

Pursuant to the Memorandum and Order [Doc. No. 26] allowing Defendants' Motion to Dismiss [Doc. No. 18] for lack of subject-matter jurisdiction, Plaintiff's Amended Complaint [Doc. No. 7] is dismissed. This case is CLOSED.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge