# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS A. MOURIER,              )<br>                                 )<br>        Plaintiff,              )<br>                                 )<br> v.                              )<br>                                 )<br> WILLIAM F. GALVIN, Secretary of the )<br> Commonwealth, in his official capacity, )<br> MASSACHUSETTS SECURITIES        )<br> DIVISION, and MASSACHUSETTS     )<br> OFFICE OF CONSUMER AFFAIRS AND  )<br> BUSINESS REGULATION,            )<br>                                 )<br>        Defendants.              ) | Case No. 1:23-cv-11280-IT |

## **NOTICE OF APPEAL**

Plaintiff Thomas A. Mourier hereby provides notice that he appeals to the U.S. Court of Appeals for the First Circuit from the Memorandum and Order of the District Court dated August 1, 2024, ECF No. 26.

Dated: August 27, 2024                           Respectfully submitted,

                                                 */s/Thomas A. Mourier*
                                                 Thomas A. Mourier
                                                 thomas.mourier@yahoo.com
                                                 3 Indian Hill Rd.,
                                                 Winchester, MA 01890
                                                 (781) 602-0385

1

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2024, I caused a copy of the foregoing Notice of Appeal to be served, via the electronic case filing system of the Court, on all counsel of record for the parties in these proceedings.

Dated: August 27, 2024

/s/ Thomas A. Mourier

Thomas A. Mourier