UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS A. MOURIER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:23-cv-11280-IT |
| ) | |
| WILLIAM F. GALVIN, Secretary of the ) | |
| Commonwealth, in his official capacity, ) | |
| MASSACHUSETTS SECURITIES ) | |
| DIVISION, and MASSACHUSETTS ) | |
| OFFICE OF CONSUMER AFFAIRS AND ) | |
| BUSINESS REGULATION, ) | |
| ) | |
| Defendants. ) | |

## MOTION TO TRANSMIT THE FULL RECORD ON APPEAL

Plaintiff Thomas A. Mourier, proceeding pro se, respectfully moves this Court for an order directing the Clerk of the District Court to transmit the full record of this case to the United States Court of Appeals for the First Circuit, in connection with the appeal from the Court's order of dismissal dated August 1, 2024. This motion is made pursuant to Rule 10(e) of the Federal Rules of Appellate Procedure and is filed in conjunction with the Notice of Appeal submitted on August 27, 2024.

As grounds for the motion, Plaintiff states as follows:

1. As a pro se litigant, Plaintiff lacks the legal resources and expertise to prepare a comprehensive appendix for the appeal. The full record of the district court proceedings is essential to ensure that the appellate court has all relevant documents, motions, and orders necessary to properly review the issues on appeal. Accordingly, Plaintiff respectfully requests that the Court order the

Clerk of the District Court to transmit the full record of this case to the United States Court of Appeals for the First Circuit. This should include all pleadings, motions, memoranda, and orders that took place in this Court.

2. Plaintiff further requests that the Clerk provide a certified copy of the docket sheet. Plaintiff requests that this document be transmitted to the appellate court as part of the full record or provided directly to Plaintiff to assist in the preparation of the appeal.

3. Given Plaintiff's pro se status, Plaintiff respectfully requests that the Clerk of the District Court provide reasonable assistance with the procedural aspects of transmitting the record and handling any other administrative tasks associated with this appeal.

For the foregoing reasons, Plaintiff respectfully requests that the Court grant this motion and issue an order directing the Clerk of the District Court to transmit the full record of this case to the United States Court of Appeals for the First Circuit, along with other appropriate relief as outlined above.

Dated: August 27, 2024

Respectfully submitted,

*/s/Thomas A. Mourier*

Thomas A. Mourier

3 Indian Hill Rd

Winchester, MA 01890

thomas.mourier@yahoo.com

(781) 602-0385

Plaintiff, Pro Se

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2024, I caused a copy of the foregoing Motion to Transmit the Full Record on Appeal to be served, via the electronic case filing system of the Court, on all counsel of record for the parties in these proceedings.

Dated: August 27, 2024

/s/ Thomas A. Mourier

Thomas A. Mourier