UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption: Mourier v. Massachusetts Securities Division et al

District Court Number: 23cv11280-IT

Fee:   Paid?   Yes ____   No _X_   Government filer ____   *In Forma Pauperis* Yes ____   No ____

Motions Pending   Yes ____ No _X_     Sealed documents   Yes _X_ No ____
*If yes, document #*                            *If yes, document #*   2

*Ex parte* documents   Yes ____ No _X_   Transcripts   Yes ____ No _X_
*If yes, document #*                            *If yes, document #*

Notice of Appeal filed by: Plaintiff/Petitioner _X_   Defendant/Respondent ____   Other: ____

Appeal from:

#26 Memorandum and Order, #27 Order of Dismissal

Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#26, #27, and #28

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # __28__ filed on __August 27, 2024__.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on __August 29, 2024__.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**